**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 9, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00634-CV**
_____

**THE DOW CHEMICAL COMPANY, Appellant**

**V.**

**DANFORD MAINTENANCE SERVICE, INC., Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48875**

## MEMORANDUM OPINION

On May 16, 2012, Danford Maintenance Service, Inc., filed a notice of appeal from the final judgment signed April 16, 2012, and the appeal was assigned to this court under our appellate number 14-12-00507-CV. On May 29, 2012, The Dow Chemical Company filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00634-CV.

On July 25, 2012, The Dow Chemical Company filed an unopposed motion to consolidate the cross-appeals. The motion is granted and the court consolidates the two above-referenced causes for all purposes. The issues, records, and documents filed in cause number 14-12-00634-CV are consolidated into cause number 14-12-00507-CV. The consolidated appeal shall proceed under appeal number 14-12-00507-CV, and appeal number 14-12-00634-CV is hereby dismissed. *See Livingston v.* Arrington, No. 03-11-00197-CV, No. 03-11-00266-CV, 2011WL 2297705, *1 (Tex. App. -- Austin Jun. 10, 2011, no pet.) (mem. op). Appellate deadlines will run from the date that the record in appeal number 14-12-00507-CV is complete.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Busby.